1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )    Case No.: *CR89-381*
                                   )
                Plaintiff,         )    ORDER OF DETENTION
                                   )
        vs.                        )    [Fed. R. Crim. P. 32.1(a)(6);
                                   )     18 U.S.C. § 3143(a)]
                                   )
*Manuel Ignacio Juarez*            )
                Defendant.         )
                                   )
_____   )

     The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

*Central Dist. of Cal.* _____ for alleged violation(s) of the terms and

conditions of his/her ~~[probation]~~ [supervised release]; and

     The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

     The Court finds that:

A.   (✗)  The defendant has not met his/her burden of establishing by

          clear and convincing evidence that he/she is not likely to flee

          if released under 18 U.S.C. § 3142(b) or (c).  This finding is

          based on ___*immigration status; alleged offense;*___

1 | *lack of bail resources*
2 |
3 |
4 | and/or
5 | B.    ( )  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on:_____
10 | _____
11 | _____
12 | _____
13 |
14 |        IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: _____2/23/09_____
18 |
19 |
20 |                          UNITES STATES MAGISTRATE JUDGE
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2